No. 03-1341. BAXTER INTERNATIONAL INC. ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮▮

No. 03-1541. FLEMING *v.* UNITED STATES; and ARNOLD *v.* UNITED STATES. C. A. 11th Cir. Certiorari before judgment denied.

No. 03-1570. NEW YORK *v.* MATEO. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 03-9956. HOLLIS-ARRINGTON *v.* CENDANT MORTGAGE CORP. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.